**Morse Brothers Machinery & Supply Company, appellee, v. R. Rosenberg, trading as Rosenberg Iron & Steel Company, appellant. Gen. No. 26,790.**

Action upon a check and protest fees thereon with interest given for certain rails, to which defendant pleaded failure of consideration. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of fact. Opinion filed December 30, 1921.

Bernard J. Brown, for appellant. Pritzker & Pritzker, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**William J. Edwards, appellee, v. Mary Boughan et al., appellants. Gen. No. 26,809.**

Action for malicious prosecution, false arrest and false imprisonment. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of fact. Opinion filed December 30, 1921. Rehearing denied January 10, 1922.

Samuel A. Ettelson and Richard I. Gavin, for appellants. Elmer J. Schnackenberg and Edwin Terwilliger, Jr., for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**George F. Porter, appellee, v. Landon Cabell Rose et al., on appeal of Landon Cabell Rose, appellant. Gen. No. 26,814.**

Action upon a 99-year lease against the assignee thereof and others to recover payments made for certificates of sale of the premises for nonpayment of taxes and special assessments, and for attorneys' fees. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921.

Underwood, Smyser, Young & Basse, for appellant; Charles R. Young and Arthur A. Basse, of counsel. Winston, Strawn & Shaw, for appellee; J. Sidney Condit and Harold Beacom, of counsel.

Mr. Justice Morrill delivered the opinion of the court.